CLOSED, CV

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:08-cv-00309-PJS-JJG**
**Internal Use Only**

Ouverson v. Davol, Inc. et al
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge Jeanne J. Graham
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 02/04/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kristina Ouverson** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Timothy M Connelly**
Eckland & Blando LLP
10 S 5th St Ste 500
Mpls, MN 55402
612-236-0160
Fax: 612-236-0179
Email: tim@ecklandblando.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Timothy M Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number |

| | | |
|---|---|---|
| | | 40019397.) assigned to Judge Patrick J Schiltz per Master List referred to Magistrate Judge Jeanne J Graham., filed by Kristina Ouverson. (Attachments: # 1 Civil Cover Sheet) (jdf) Modified text on 2/5/2008 (jdf). (Entered: 02/04/2008) |
| 02/04/2008 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 02/05/2008) |
| 02/04/2008 | | (Court only) *** Copy of complaint sent to the MDL Panel (jdf) (Entered: 02/05/2008) |
| 02/04/2008 | | (Court only) ***Possibly related to MDL 1842. (jdf) (Entered: 02/05/2008) |
| 02/07/2008 | 2 | REQUEST FOR WAIVER of Service sent to Brian Burlew, Defendants' Attorney for Service of Process on 2/7/2008 by Kristina Ouverson. Waiver of Service due by 3/10/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 02/07/2008) |
| 02/14/2008 | 3 | CROSS - NOTICE to Take Deposition of /by Rule 30(b)(6) by Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit A)(Connelly, Timothy) Modified text on 2/14/2008 (dch). (Entered: 02/14/2008) |
| 02/14/2008 | 4 | CERTIFICATE OF SERVICE by Davol, Inc., C.R. Bard, Inc. re 3 Notice to Take Deposition (Connelly, Timothy) (Entered: 02/14/2008) |
| 02/14/2008 | 5 | NOTICE of Appearance by Timothy M Connelly on behalf of all defendants (Connelly, Timothy) (Entered: 02/14/2008) |
| 03/04/2008 | 6 | NOTICE to Take Deposition of 30(b)(6) corporate records by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit(s))(Connelly, Timothy) (Entered: 03/04/2008) |
| 03/04/2008 | 7 | CERTIFICATE OF SERVICE by Davol, Inc., C.R. Bard, Inc. (Connelly, Timothy) (Entered: 03/04/2008) |
| 03/11/2008 | 8 | CERTIFIED COPY OF THE CONDITIONAL TRANSFER ORDER (CTO-15) transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated proceedings. Case assigned to the Honorable Mary M Lisi. (jdf) (Entered: 03/11/2008) |
| 03/11/2008 | | NOTICE Case has been transferred via e-mail to the District of Rhode Island pursuant to CTO. (jdf) (Entered: 03/11/2008) |

A true printed copy in 2 sheet(s)
of the electronic record filed on ______,
in the United States District Court
for the District of Minnesota.
CERTIFIED, March 11, 2008
RICHARD D. SLETTEN
BY: Jinny A. Dunbar Funnemd
Deputy Clerk